United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMMAR ABEL HERNANDEZ-CRUZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04764 |
| | § | |
| PATRICK CONTRERAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

On June 16, 2026, Petitioner Immar Abel Hernandez-Cruz ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On July 15, 2026, Respondents filed a Response and Motion for Summary Judgment notifying the Court that Petitioner applied for voluntary departure on or before August 7, 2026, and had waived appeal of all issues. Doc. #7 at 2, Ex. 2. On July 24, 2026, Petitioner filed a Response but did not advise the Court on the status of Petitioner's voluntary departure. Doc. #8.

The parties are ORDERED to file a status report no later than August 14, 2026, advising whether Petitioner remains in immigration custody and whether he intends to voluntarily depart from the United States.

It is so ORDERED.

AUG 1 1 2026
Date

The Honorable Alfred H. Bennett
United States District Judge